NEW-YORK, May, 1834.

Ayres v. Haynes.

Judgment affirmed.

---

AYRES v. HAYNES.

Where a suit is commenced in *vacation* by the filing and service of a declaration, for a cause of action accrued previous to the term preceding the commencement of the suit, it is not necessary or proper to entitle the declaration *specially* as of the day when the suit is commenced; it should be entitled *generally* as of the preceding term.

DEMURRER to declaration. The declaration was entitled, " Of July term, to wit, of the fifth day of September, one thousand eight hundred and thirty three." The plaintiff then, without stating the defendant to be *in custody* &c. or that *according to the form of the statute* he complains &c. proceeds to count on a bill of exchange drawn by the defendant on one A. B. for a certain sum, bearing date 15th January, 1833, and payable to the plaintiff 5 months after date, alleging non-payment by the drawee. The defendant demurred, for that the declaration is entitled out of term. There were other causes of demurrer specially assigned, but only the above was passed on by the court.

*T. R. Lee*, for the defendant.

*O. Gridley*, for the plaintiff.

*By the Court,* SAVAGE, Ch. J.   A *special caption* to the declaration was not necessary or proper in this case; but the mentioning a particular day in vacation, when probably the declaration was filed, is mere surplusage, and may be rejected.

Judgment for plaintiff.